# Exhibit A

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Avenue Stores LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of **Delaware** (State) |
| Case number | **19-11842** |

FILED

2019 OCT 21 AM 9:39

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

CDS  10 / 21 / 2019

## Official Form 410

# Proof of Claim



191184280000198

12/15

Read the instructions before filling out the form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. 503.**

Filers must leave out or redact information that is entitled to privacy on this form or any attached documents. Attach redact copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1:    Identify the Claim:

**1. Who is the current creditor?**

FedEx Corporate Services Inc.
Name of the current creditor (the person or entity to be paid for the claim)

Other names the creditor used with the debtor ⬚ Date Stamped Copy Returned

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom?

☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

FedEx Corporate Services Inc. as Assignee
offi FedEx Express/Ground/Freight/Office
Name

3965 Airways Blvd,  Module G, 3rd Floor
Number    Street

Memphis          TN          38116-5017
City          State          ZIP Code

Contact phone    855-552-5393 X 471-4000

Contact email    Bankruptcy@FedEx.Com

Where should payments to the creditor be sent? (if different)

Name

Number          Street

City          State          ZIP Code

Contact phone

Contact email

Received

OCT 24 2019

Prime Clerk LLC

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☐ No
☐ Yes, Claim number on court claims registry (if known)          Filed on _____
          MM  / DD  / YYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?

---

Form 410                                     Proof of Claim                                     page 1

**Claim Number: 206**

**Part 2:**    Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No  <br> ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:     5149 __ __ __ |

**7. How much is the claim?**     $171,285.95

Does this amount include interest or other charges

☒ No

☐ Yes.    Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services

**9. Is all or part of the claim secured?**

☒ No

☐ Yes.    The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                          $ _____

Amount of the claim that is secured:        $ _____

Amount of the claim that is unsecure        $ _____     (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:        $ _____

Annual Interest Rate (when case was filed)        _____%

☐ Fixed

☐ Variable.

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.        $ _____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

| | | | Amount entitled to priority |
|---|---|---|---|
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. 507(a)? | ☒ No<br>☐ Yes. *Check all that apply:* | |
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. 507(a)(7). | $ _____ |
| | | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. 507(a)(4). | $ _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. 507(a)(8). | $ _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. 507(a)(5). | $ _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. 507(a)(__) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign below

**The person completing the proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature Is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. 152, 157, and 3571.**

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _10_ _16_ _2019_
                  MM   / DD   / YYYY

/S/Janet C Yanowsky

Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | or _Janet_ | _C_ | _Yanowsky_ |
| | First name | Middle name | Last name |
| Title | Performance and Planning Analyst | | |
| Company | FedEx Corporate Services Inc. | | |
| | Identify the corporate servicer as the company If the authorized agent is a servicer. | | |
| Address | 3965 Airways Blvd, Module G, 3rd Floor | | |
| | Number    Street | | |
| | Memphis | TN | 38116-5017 |
| | City | State | Zip Code |
| Contact phone | 855-552-5393 X 471-4000 | Email | Bankruptcy@FedEx.Com |



# Bankruptcy Information System
### Statement of Account

| | | | |
|---|---|---|---|
| **Case #** | 19-11842 | | |
| **Name** | Avenue Stores LLC | | |
| **Filing St** | Delaware | **FilingDist** | |
| **Filing Date** | 08/16/2019 | **Chapter** | 11 |

| Account # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|
| 376172635 | 181644229 | 05/16/2019 | $21.75 |
| 376172635 | 183056963 | 06/27/2019 | $37.32 |
| 376172635 | 183872451 | 07/23/2019 | $39.67 |
| 376172635 | 184106708 | 07/30/2019 | $22.85 |
| 376172635 | 184133748 | 07/30/2019 | $26.74 |
| 376172635 | 184341140 | 08/06/2019 | $19.88 |
| 376172635 | 184411022 | 08/07/2019 | $25.76 |
| 376172635 | 184540984 | 08/12/2019 | $21.92 |
| 376172635 | 651403160 | 04/08/2019 | $117.30 |
| 376172635 | 659913166 | 07/01/2019 | $144.24 |
| 376172635 | 660659859 | 07/08/2019 | $131.65 |
| 376172635 | 660659860 | 07/08/2019 | $23,351.64 |
| 376172635 | 661282381 | 07/15/2019 | $215.56 |
| 376172635 | 661282382 | 07/15/2019 | $20,128.28 |
| 376172635 | 662012820 | 07/22/2019 | $9,705.81 |
| 376172635 | 662012821 | 07/22/2019 | $137.69 |
| 376172635 | 662677568 | 07/29/2019 | $21,320.67 |
| 376172635 | 662677569 | 07/29/2019 | $110.79 |
| 376172635 | 663328841 | 08/05/2019 | $354.03 |
| 376172635 | 663328842 | 08/05/2019 | $14,041.23 |
| 376172635 | 670416735 | 08/12/2019 | $25,207.37 |
| 376172635 | 671015623 | 08/19/2019 | $3,873.70 |
| 376172635 | 671751429 | 08/26/2019 | $73.54 |
| 376172635 | 672505026 | 09/02/2019 | $18.19 |
| 376172635 | 673200060 | 09/09/2019 | $12.62 |
| **376172635** | | | $119,160.20 |
| | | | |
| 376230678 | 661196364 | 07/15/2019 | $7.18 |
| 376230678 | 662012824 | 07/22/2019 | $18.84 |
| **376230678** | | | $26.02 |
| | | | |
| 381540936 | 180604093 | 04/16/2019 | $46.31 |
| 381540936 | 183640377 | 07/16/2019 | $154.03 |
| 381540936 | 184341240 | 08/06/2019 | $41.67 |
| 381540936 | 659854340 | 07/01/2019 | $79.58 |
| 381540936 | 660608282 | 07/08/2019 | $52.57 |
| 381540936 | 661312655 | 07/15/2019 | $4,955.69 |
| 381540936 | 661312656 | 07/15/2019 | $253.16 |
| 381540936 | 661899730 | 07/22/2019 | $377.83 |
| 381540936 | 661899731 | 07/22/2019 | $263.32 |
| 381540936 | 662677662 | 07/29/2019 | $125.25 |
| 381540936 | 662677663 | 07/29/2019 | $3,660.37 |
| 381540936 | 663357878 | 08/05/2019 | $112.93 |
| 381540936 | 663357879 | 08/05/2019 | $3,069.23 |
| 381540936 | 670322875 | 08/12/2019 | $4,101.08 |
| 381540936 | 670322876 | 08/12/2019 | $146.37 |
| 381540936 | 671136540 | 08/19/2019 | $188.12 |



# Bankruptcy Information System
## Statement of Account

| Case # | 19-11842 | | |
|---|---|---|---|
| **Name** | Avenue Stores LLC | | |
| **Filing St** | Delaware | **FilingDist** | |
| **Filing Date** | 08/16/2019 | **Chapter** | 11 |

| Account # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|
| 381540936 | 671136541 | 08/19/2019 | $298.25 |
| 381540936 | 671838589 | 08/26/2019 | $3,460.94 |
| 381540936 | 671838590 | 08/26/2019 | $51.64 |
| 381540936 | 672531766 | 09/02/2019 | $42.91 |
| **381540936** | | | **$21,481.25** |
| | | | |
| 622499096 | 662016637 | 07/22/2019 | $46.12 |
| 622499096 | 663301376 | 08/05/2019 | $28.54 |
| 622499096 | 670327001 | 08/12/2019 | $55.32 |
| 622499096 | 671108079 | 08/19/2019 | $111.08 |
| 622499096 | 671723624 | 08/26/2019 | $114.24 |
| **622499096** | | | **$355.30** |
| | | | |
| 636915149 | 181778603 | 05/21/2019 | $24.72 |
| 636915149 | 613745897 | 04/02/2018 | $35.89 |
| 636915149 | 647131880 | 02/25/2019 | $131.85 |
| 636915149 | 647131881 | 02/25/2019 | $103.78 |
| 636915149 | 657155322 | 06/03/2019 | $18.05 |
| 636915149 | 657155323 | 06/03/2019 | $3,810.26 |
| 636915149 | 659185079 | 06/24/2019 | $68.37 |
| 636915149 | 660664061 | 07/08/2019 | $184.59 |
| 636915149 | 661200100 | 07/15/2019 | $1,353.88 |
| 636915149 | 661200101 | 07/15/2019 | $1,256.52 |
| 636915149 | 661993238 | 07/22/2019 | $486.95 |
| 636915149 | 662657122 | 07/29/2019 | $399.51 |
| 636915149 | 663394629 | 08/05/2019 | $13.63 |
| 636915149 | 663394630 | 08/05/2019 | $72.22 |
| 636915149 | 670327480 | 08/12/2019 | $60.95 |
| 636915149 | 671052683 | 08/19/2019 | $130.82 |
| 636915149 | 671842941 | 08/26/2019 | $192.24 |
| 636915149 | 672508895 | 09/02/2019 | $378.25 |
| **636915149** | | | **$8,722.48** |
| | | | |
| 639321428 | 178934363 | 02/26/2019 | $117.12 |
| 639321428 | 180573952 | 04/16/2019 | $1,495.50 |
| 639321428 | 183191315 | 07/02/2019 | $41.39 |
| 639321428 | 183422692 | 07/09/2019 | $268.89 |
| 639321428 | 183646533 | 07/16/2019 | $4,275.62 |
| 639321428 | 183877972 | 07/23/2019 | $11,921.97 |
| 639321428 | 184113104 | 07/30/2019 | $110.00 |
| 639321428 | 184347738 | 08/06/2019 | $271.95 |
| 639321428 | 647158060 | 02/25/2019 | $33.08 |
| 639321428 | 649976826 | 03/25/2019 | $18.72 |
| 639321428 | 659979390 | 07/01/2019 | $38.54 |
| 639321428 | 660637051 | 07/08/2019 | $6.68 |
| 639321428 | 660637052 | 07/08/2019 | $120.56 |


Services

# Bankruptcy Information System
## Statement of Account

| | | | |
|---|---|---|---|
| **Case #** | 19-11842 | | |
| **Name** | Avenue Stores LLC | | |
| **Filing St** | Delaware | **FilingDist** | |
| **Filing Date** | 08/16/2019 | **Chapter** | 11 |

| Account # | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|
| 639321428 | 662602163 | 07/29/2019 | $1,563.84 |
| 639321428 | 662602164 | 07/29/2019 | $35.16 |
| 639321428 | 663362249 | 08/05/2019 | $517.25 |
| 639321428 | 670327515 | 08/12/2019 | $483.38 |
| 639321428 | 671019587 | 08/19/2019 | $12.56 |
| **639321428** | | | $21,332.21 |
| | | | |
| 846044590 | 775486327580 | 06/17/2019 | $208.49 |
| **846044590** | | | $208.49 |

| **Grand Total:** | | | **$171,285.95** |
|---|---|---|---|


Services

# FILED

**2019 OCT 21   AM 9:39**

Tuesday, October 15, 2019

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

US Bankruptcy Court
824 N Market Street
3rd Floor
Wilmington, DE 19801

**Ref:**   Avenue Stores LLC                                    **Case #:**  19-11842

To Whom It May Concern

Please file the attached Proof of Claim on behalf of FedEx Corporate Services Inc. and return a copy to me as the proof of the filing.

Thank you for your cooperation in this matter

Sincerely,

Perf & Plan Analyst

Tel: 1-855-552-5393 ext 4714000
Fax: 901-397-2016

Attachment(s):
cc: file



**FedEx Express**

THU – 24 OCT AA
STANDARD OVERNIGHT

11232
NY-US
**EWR**

E2 FBTA



**FedEx Express** Package US Airbill

**1 From**

Date

Sender's Name                                    Phone

Company    PRIME CLERK LLC

Address    OCT 24 2019

City    RECEIVED    State    ZIP

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name                          Phone    212 257-5450

Company    PRIME CLERK

Address    850 3RD AVE STE 412

Address

City    BROOKLYN    State    NY    ZIP    11232

**4 Express Package Service**

Next Business Day
☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight

2 or 3 Business Days
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging**
☐ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options**
☐ Saturday Delivery
☐ No Signature Required    ☐ Direct Signature    ☐ Indirect Signature

Does this shipment contain dangerous goods?
☐ No    ☐ Yes    ☐ Yes    ☐ Cargo Aircraft Only    ☐ Dry Ice

**7 Payment** Bill to
☐ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages    Total Weight    Credit Card Auth.

8139 3748 4935